

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | |
| | § | |
| MESILLA VALLEY | § | No. 08-17-00212-CV |
| TRANSPORTATION SOLUTIONS, | § | |
| LLC, OEP HOLDINGS, LLC, MVT | | AN ORIGINAL PROCEEDING |
| TRANSPORTATION, LLC AND | § | |
| MVT HOLDINGS, LLC, | | IN MANDAMUS |
| | § | |
| RELATORS. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Relators' petition for writ of mandamus against the

Honorable Gonzalo Garcia, Judge of the 210th District Court of El Paso, Texas, and concludes

that Relators' petition for writ mandamus is dismissed.  We therefore dismiss the petition for writ

of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.